

P.O. BOX 4002
ACWORTH, GA 30101

**Billing period** Mar 14, 2017 - Apr 13, 2017
**Account number** ▮5120-00001
**Invoice number** 3556756059

KEYLINE
|I|I||I|I|I||I|I||I|I|I|I|||I|||I|I||I||I|I|||I|I|I|I|I||I|

DEBORA SIEBERT
3113 VAN AKEN BLVD
SHAKER HTS, OH 44120-2818

**See last page for payment information and how to split your bill.**
Questions? Visit vzw.com/contactus

# Hi Debora, here's your bill for this month.

| | | |
|---|---|---|
| M | **The new Verizon Plan Medium 4GB** | $50.00 |
| | **Debora Siebert** 216.▮3167 | $10.00 |
| | **Debora Siebert** 216.▮3175 | $10.00 |
| | **Debora Siebert** 216.▮1485 | $62.66 |
| | **Debora Siebert .** 216.▮5984 | $66.83 |
| 📄 | **Surcharges** | $4.50 |
| | **Taxes and government fees** | $4.14 |

## $208.13
**Due May 8**
Autopay May 7



## Debora Siebert
216.▇▇▇.3167 | Verizon Ellipsis 8

Data usage

### 0.024 GB

| | |
|---|---|
| Tablet line access (Apr 14 - May 13) | $10.00 |

## $10.00



## Debora Siebert
216.▇▇▇.3175 | Verizon Ellipsis 8

Data usage

### 0.011 GB

| | |
|---|---|
| Tablet line access (Apr 14 - May 13) | $10.00 |

## $10.00



## Debora Siebert
216.▇▇▇.1485 | iPhone 6S

Data usage

### 0.252 GB

| | |
|---|---|
| Smartphone line access (Apr 14 - May 13) | $20.00 |
| Device payment 16 of 24 ($760.00/24mo) $253.28 remaining after this month (Agreement ▇▇▇7459) | $31.66 |
| Total Mobile Protection (Apr 14 - May 13) | $11.00 |

## $62.66

 Billing period Mar 14, 2017 to Apr 13, 2017 | Account # 5120-00001 | Invoice # 3556756059



# Taxes and government fees

| | |
|---|---:|
| STATE/LOCAL E911 ($0.25/NO.) | $0.50 |
| OH State Sales Tax-Telec | $2.50 |
| OH State Sales Tax | $0.10 |
| Cuyahoga Cnty Sales Tax-Telec | $1.00 |
| Cuyahoga Cnty Sales Tax | $0.04 |

**$4.14**

Surcharges and taxes are charged per line. To see your surcharges and taxes in full detail, view your bill in My Verizon.



## Talk activity - continued

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | Long Dist/ Other Chgs | Total |
|---|---|---|---|---|---|---|---|---|
| Mar 30 | 4:21 PM | 866.250.7007 | Cleveland, OH | Incoming, CL | 1 | -- | -- | -- |
| Apr 1 | 6:50 PM | | Cleveland, OH | Incoming, CL | 3 | -- | -- | -- |
| Apr 3 | 10:55 AM | | Cleveland, OH | Cleveland, OH | 5 | -- | -- | -- |
| Apr 3 | 1:08 PM | | Cleveland, OH | Incoming, CL | 5 | -- | -- | -- |
| Apr 3 | 3:12 PM | | Cleveland, OH | Cleveland, OH | 3 | -- | -- | -- |
| Apr 3 | 3:19 PM | | Cleveland, OH | Incoming, CL | 4 | -- | -- | -- |
| Apr 3 | 3:23 PM | | Cleveland, OH | Cleveland, OH | 1 | -- | -- | -- |
| Apr 3 | 6:27 PM | | Cleveland, OH | Incoming, CL | 2 | -- | -- | -- |
| Apr 4 | 12:26 PM | | Cleveland, OH | Palatine, IL | 5 | -- | -- | -- |
| Apr 5 | 10:58 AM | | Beachwood, OH | Incoming, CL | 1 | -- | -- | -- |
| Apr 5 | 1:30 PM | | Cuyahoga H, OH | Incoming, CL | 1 | -- | -- | -- |
| Apr 6 | 11:32 AM | | Cleveland, OH | Incoming, CL | 2 | -- | -- | -- |
| Apr 6 | 1:31 PM | | Cleveland, OH | Cleveland, OH | 9 | -- | -- | -- |
| Apr 6 | 5:04 PM | | Cleveland, OH | Incoming, CL | 3 | -- | -- | -- |
| Apr 9 | 9:36 AM | | Cleveland, OH | Incoming, CL | 1 | -- | -- | -- |
| Apr 10 | 1:12 PM | | Cleveland, OH | Bainbridge, OH | 3 | -- | -- | -- |
| Apr 10 | 2:24 PM | | Cleveland, OH | Incoming, CL | 3 | -- | -- | -- |
| Apr 11 | 11:16 AM | | Cleveland, OH | Incoming, CL | 3 | -- | -- | -- |
| Apr 11 | 12:38 PM | | Cleveland, OH | Brownstown, IL | 3 | -- | -- | -- |
| Apr 11 | 12:41 PM | | Cleveland, OH | Cleveland, OH | 2 | -- | -- | -- |
| Apr 11 | 12:45 PM | | Cleveland, OH | Incoming, CL | 3 | -- | -- | -- |
| Apr 11 | 1:06 PM | | Cleveland, OH | Incoming, CL | 3 | -- | -- | -- |
| Apr 11 | 1:15 PM | | Cleveland, OH | Cleveland, OH | 7 | -- | -- | -- |
| Apr 11 | 3:15 PM | | Cleveland, OH | Incoming, CL | 2 | -- | -- | -- |
| Apr 11 | 3:45 PM | | Shaker Hei, OH | Bainbridge, OH | 2 | -- | -- | -- |
| Apr 11 | 4:12 PM | | Chagrin Fa, OH | Incoming, CL | 2 | -- | -- | -- |
| Apr 12 | 11:17 AM | | Cleveland, OH | Cleveland, OH | 1 | -- | -- | -- |
| Apr 12 | 11:19 AM | | Cleveland, OH | Incoming, CL | 7 | -- | -- | -- |
| Apr 12 | 11:27 AM | | Cleveland, OH | Corona, CA | 3 | -- | -- | -- |
| Apr 12 | 12:49 PM | | Cleveland, OH | Cleveland, OH | 2 | -- | -- | -- |
| Apr 12 | 12:52 PM | | Cleveland, OH | Cleveland, OH | 1 | -- | -- | -- |
| Apr 12 | 1:05 PM | | Cleveland, OH | Incoming, CL | 1 | -- | -- | -- |
| Apr 12 | 2:37 PM | | Cleveland, OH | Cleveland, OH | 1 | -- | -- | -- |
| Apr 13 | 1:27 PM | | Cleveland, OH | Incoming, CL | 1 | -- | -- | -- |
| Apr 13 | 1:55 PM | | Cleveland, OH | Incoming, CL | 1 | -- | -- | -- |
| Apr 13 | 4:55 PM | | Lyndhurst, OH | Cleveland, OH | 4 | -- | -- | -- |
| Apr 13 | 5:49 PM | | Cleveland, OH | Pepperpike, OH | 5 | -- | -- | -- |

# Debora Siebert.
216.███.5984 | iPhone 6S Plus

## Talk activity

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | Long Dist/ Other Chgs | Total |
|---|---|---|---|---|---|---|---|---|
| Mar 14 | 3:30 PM | | Cleveland, OH | Incoming, CL | 1 | -- | -- | -- |
| Mar 14 | 4:29 PM | | Cleveland, OH | Cleveland, OH | 1 | -- | -- | -- |



# Talk activity - continued

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | Long Dist/ Other Chgs | Total |
|---|---|---|---|---|---|---|---|---|
| Mar 27 | 4:56 PM | | Hershey, PA | Incoming, CL | 5 | -- | -- | -- |
| Mar 27 | 5:01 PM | | Hershey, PA | Incoming, CL | 1 | -- | -- | -- |
| Mar 27 | 5:59 PM | | Hershey, PA | Incoming, CL | 7 | -- | -- | -- |
| Mar 28 | 11:21 AM | | Lancaster, PA | Nwptrichey, FL | 7 | -- | -- | -- |
| Mar 28 | 12:17 PM | | Lancaster, PA | Incoming, CL | 1 | -- | -- | -- |
| Mar 28 | 1:56 PM | | Lancaster, PA | Incoming, CL | 1 | -- | -- | -- |
| Mar 28 | 2:00 PM | | Lancaster, PA | Incoming, CL | 3 | -- | -- | -- |
| Mar 28 | 2:03 PM | | Lancaster, PA | Nwptrichey, FL | 2 | -- | -- | -- |
| Mar 28 | 3:02 PM | | Middletown, PA | Incoming, CL | 1 | -- | -- | -- |
| Mar 28 | 3:23 PM | | New Kingst, PA | Incoming, CL | 1 | -- | -- | -- |
| Mar 28 | 3:43 PM | | Newburg, PA | Incoming, CL | 1 | -- | -- | -- |
| Mar 28 | 4:01 PM | | Burnt Cabi, PA | Incoming, CL | 2 | -- | -- | -- |
| Mar 28 | 5:03 PM | | Everett, PA | Incoming, CL | 3 | -- | -- | -- |
| Mar 28 | 5:15 PM | | Manns Choi, PA | Incoming, CL | 4 | -- | -- | -- |
| Mar 29 | 9:20 AM | | Cleveland, OH | Incoming, CL | 1 | -- | -- | -- |
| Mar 29 | 9:45 AM | | Cleveland, OH | Incoming, CL | 1 | -- | -- | -- |
| Mar 29 | 10:20 AM | | Cleveland, OH | Incoming, CL | 2 | -- | -- | -- |
| Mar 29 | 10:41 AM | | Cleveland, OH | Toledo, OH | 1 | -- | -- | -- |
| Mar 29 | 11:20 AM | | Cleveland, OH | Toledo, OH | 2 | -- | -- | -- |
| Mar 29 | 11:22 AM | | Cleveland, OH | Toledo, OH | 1 | -- | -- | -- |
| Mar 29 | 3:06 PM | | Wauseon, OH | Toledo, OH | 1 | -- | -- | -- |
| Mar 29 | 5:53 PM | | Fremont, OH | VM Deposit, CL | 1 | -- | -- | -- |
| Mar 30 | 9:28 AM | | Cleveland, OH | Incoming, CL | 1 | -- | -- | -- |
| Mar 30 | 12:57 PM | | Cleveland, OH | Incoming, CL | 1 | -- | -- | -- |
| Mar 30 | 2:47 PM | | Cleveland, OH | Incoming, CL | 5 | -- | -- | -- |
| Mar 30 | 5:54 PM | | Cleveland, OH | Millersbg, OH | 2 | -- | -- | -- |
| Mar 30 | 7:00 PM | | Cleveland, OH | Incoming, CL | 1 | -- | -- | -- |
| Mar 31 | 6:50 PM | | Cleveland, OH | Nwptrichey, FL | 3 | -- | -- | -- |
| Apr 1 | 11:15 AM | | Cleveland, OH | Incoming, CL | 1 | -- | -- | -- |
| Apr 1 | 5:22 PM | | Cleveland, OH | Cleveland, OH | 1 | -- | -- | -- |
| Apr 1 | 6:50 PM | | Cleveland, OH | Cleveland, OH | 3 | -- | -- | -- |
| Apr 2 | 7:22 PM | | Cleveland, OH | Cleveland, OH | 3 | -- | -- | -- |
| Apr 2 | 7:41 PM | | Cleveland, OH | Cleveland, OH | 2 | -- | -- | -- |
| Apr 2 | 7:43 PM | | Cleveland, OH | Cleveland, OH | 2 | -- | -- | -- |
| Apr 2 | 7:44 PM | | Cleveland, OH | Incoming, CL | 1 | -- | -- | -- |
| Apr 3 | 12:53 PM | | Cleveland, OH | Incoming, CL | 1 | -- | -- | -- |
| Apr 3 | 2:46 PM | | Cleveland, OH | Venice, FL | 12 | -- | -- | -- |
| Apr 3 | 3:12 PM | | Cleveland, OH | Incoming, CL | 3 | -- | -- | -- |
| Apr 3 | 3:23 PM | | Cleveland, OH | Incoming, CL | 1 | -- | -- | -- |
| Apr 3 | 6:52 PM | | Cleveland, OH | Toledo, OH | 2 | -- | -- | -- |
| Apr 3 | 7:03 PM | | Cleveland, OH | Incoming, CL | 11 | -- | -- | -- |
| Apr 4 | 11:17 AM | | Cleveland, OH | Incoming, CL | 1 | -- | -- | -- |
| Apr 4 | 11:20 AM | | Cleveland, OH | Incoming, CL | 1 | -- | -- | -- |
| Apr 4 | 11:20 AM | | Cleveland, OH | Incoming, CL | 1 | -- | -- | -- |
| Apr 4 | 3:12 PM | | Cleveland, OH | Incoming, CL | 1 | -- | -- | -- |
| Apr 4 | 8:58 PM | | Cleveland, OH | Incoming, CL | 4 | -- | -- | -- |
| Apr 5 | 11:38 AM | | Beachwood, OH | Incoming, CL | 1 | -- | -- | -- |
| Apr 5 | 12:06 PM | | Beachwood, OH | Pepperpike, OH | 6 | -- | -- | -- |
| Apr 5 | 1:09 PM | | Cleveland, OH | Cleveland, OH | 1 | -- | -- | -- |



# Additional information

### Customer Proprietary Network Information (CPNI)

CPNI is information made available to us solely by virtue of our relationship with you that relates to the type, quantity, destination, technical configuration, location, and amount of use of the telecommunications and interconnected VoIP services you purchase from us, as well as related billing information. The protection of your information is important to us, and you have a right, and we have a duty, under federal law, to protect the confidentiality of your CPNI.

We may use and share your CPNI among our affiliates and agents to offer you services that are different from the services you currently purchase from us. Verizon offers a full range of services, such as television, telematics, high-speed Internet, video, and local and long distance services. Visit Verizon.com for more information on our services and companies.

If you don't want your CPNI used for the marketing purposes described above, please notify us by phone any time at 800.333.9956, online at vzw.com/myprivacy or through Customer Service at 800.922.0204 from Monday - Friday 7 AM to 11 PM and Saturday - Sunday 8 AM to 9 PM.

Unless you notify us in one of these ways, we may use your CPNI as described above beginning 30 days after the first time we notify you of this CPNI policy. Your choice will remain valid until you notify us that you wish to change your selection. Your decision about use of your CPNI will not affect the provision of any services you currently have with us.

Note: This CPNI notice does not apply to residents of the state of Arizona.

### Explanation of Surcharges

Surcharges include (i) a Regulatory Charge (which helps defray various government charges we pay including government number administration and license fees); (ii) a Federal Universal Service Charge (and, if applicable, a State Universal Service Charge) to recover charges imposed on us by the government to support universal service; and (iii) an Administrative Charge, which helps defray certain expenses we incur, including: charges we, or our agents, pay local telephone companies for delivering calls from our customers to their customers; fees and assessments on our network facilities and services; property taxes; and the costs we incur responding to regulatory obligations. **Please note that these are Verizon Wireless charges, not taxes. These charges, and what's included, are subject to change from time to time.**

### FUSC Change

The Federal Universal Service Charge (FUSC) is a Verizon Wireless charge that is subject to change each calendar quarter based on contribution rates prescribed by the FCC. On April 1, the FUSC changed to 4.41 percent of assessable wireless charges, other than separately billed interstate and international telecom charges. The FUSC on separately billed interstate and international telecom charges changed to 17.4 percent. For more details, please call 888.684.1888.

Questions? Visit VZW.com/ContactUs or call 1.800.922.0204.

Change your address at VZW.com/changeaddress

Written notations included with or on your payment will not be reviewed or honored.
Please send correspondence to:
Verizon Attn: Correspondence Team
P.O. Box 291089
Columbia, SC 29229

---

**Automatic Payment Enrollment for Account: 5120-00001 DEBORA SIEBERT**

By signing below, you authorize Verizon to electronically debit your bank account each month for the total balance due on your account. The check you send will be used to setup Automatic Payment. You will be notified each month of the date and amount of the debit 10 days in advance of the payment. I understand and accept these terms. This agreement does not alter the terms of your existing Customer Agreement. I agree that Verizon is not liable for erroneous bill statements or incorrect debits to my account. To withdraw your authorization you must call Verizon. Check with your bank for any charges.

**1. Check this box.**     **2. Sign name in box below, as shown on the bill and date.**     **3. Return this slip with your payment. Do not send a voided check.**

